United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-17236-jkf
Deidre McAllister                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 2        Date Rcvd: Jun 21, 2018
                            Form ID: pdf900        Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2018.
```
db            +Deidre McAllister,    1137 S. 13th Street,    Philadelphia, PA 19147-4534
cr            +Wilmington Trust National Association,    C/O Robertson, Anschutz & Schneid P.L.,
               6409 Congress Ave,    Suite 100,    Boca Raton, FL 33487-2853
14056044      +Edward Hughes & Son, Inc.,    c/o Dean E. Weisgold, Esquire,    1835 Market Street,   Suite 1215,
               Philadelphia, PA 19103-2912
14003620      +Erik B. Jensen P.C.,    1528 Walnut Street,    Suite 1401,    Philadelphia, PA 19102-3610
14003622      +Wilmington Trust, National Association,    350 PARK AVENUE, 20TH FLOOR,
               NEW YORK, NY 10022-6054
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Jun 22 2018 02:38:21     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 22 2018 02:38:19     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14003621      +E-mail/Text: cio.bncmail@irs.gov Jun 22 2018 02:37:43     IRS Department of the Treasury,
               600 Arch Street,    Room 5200,    Philadelphia, PA 19106-1611
14072801       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 22 2018 02:55:57
               LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
               Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14030016       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 22 2018 02:57:08
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14008579       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 22 2018 02:37:56
               Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
               Harrisburg PA  17128-0946
14050354      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 22 2018 02:57:32     Verizon,
               by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14073726       WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN,    ITS INDIVIDUAL CAPACITY, BUT SOLELY AS T
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
cr*           +Edward Hughes & Son, Inc.,    c/o Dean E. Weisgold, Esquire,    1835 Market Street,   Suite 1215,
               Philadelphia, PA 19103-2912
                                                                                    TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2018 at the address(es) listed below:
```
              DEAN E. WEISGOLD    on behalf of Creditor    Edward Hughes & Son, Inc. dean@weisgoldlaw.com,
               2rainman@comcast.net
              ERIK B. JENSEN    on behalf of Debtor Deidre  McAllister akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Trust, National Association, Et Al...
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2014-1, by Fay Servicing, LLC, its
               servicing agent bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    Wilmington Trust National Association
               bkyefile@rasflaw.com
```

```
District/off: 0313-2           User: Antoinett              Page 2 of 2                   Date Rcvd: Jun 21, 2018
                               Form ID: pdf900              Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                            :

DEIDRE    MC ALLISTER
                                                    : Bankruptcy No. 17-17236JKF
          Debtor(s)                            : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Jean K. FitzSimon, B. J.

**Date: June 20, 2018**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ERIK B JENSEN ESQ
JENSEN BAGNATO PC
1500 WALNUT ST   SUITE 1920
PHILADELPHIA PA 19102-3509

DEIDRE    MC ALLISTER
1137 S 13TH STREET
PHILADELPHIA,PA.19147